FILED
ASHEVILLE, NC
MAY 0 1 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.



# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Asheville Division

Linda Shyanne Stidham

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Andrew Beal

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 1:25-cv-63-MR-WCM

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Linda Shyanne Stidham
Address: 116 Bingham Road
Shelby (City) NC (State) 28150 (Zip Code)
County: Cleveland county
Telephone Number: 704 473 4034
E-Mail Address: linda.stidham.11@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Andrew Beal
Job or Title *(if known)*: Deputy Sheriff
Address: 100 Justice Place
Shelby (City) NC (State) 28150 (Zip Code)
County: Cleveland County
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name:
Job or Title *(if known)*:
Address:
City State Zip Code
County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name
Job or Title *(if known)*
Address

City State Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name
Job or Title *(if known)*
Address

City State Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment to the United States Constitution
14th Amendment to the United States Constitution
Article 1 Section 19 of North Carolina's constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Deputy A. Beal was on duty, acting within his official capasity at the time of the event.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

116 Bingham Road, Shelby, NC

B. What date and approximate time did the events giving rise to your claim(s) occur?

on March 8, 2023 begining at approximatly 21:28 (9:28pm)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attachment #1

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attachment #2

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 28, 2025

Signature of Plaintiff: Linda S Stidham

Printed Name of Plaintiff: Linda S. Stidham

### B. For Attorneys

Date of signing: ______

Signature of Attorney: ______

Printed Name of Attorney: ______

Bar Number: ______

Name of Law Firm: ______

Address: ______

City ______ State ______ Zip Code ______

Telephone Number: ______

E-mail Address: ______

Attachment #1

Section 3, Subsection C - Statement of Claim

The audio/video recording produced by deputy Andrew Beal's body worn camera will confirm the following description of events to be true and accurate in its entirety. On the night of Wednesday March the 8th 2023 two law enforcement officers, deputy A. Beal and officer M. Tinoco, came to the home located at 116 Bingham Road in Shelby North Carolina allegedly in reference to a warrant service. Upon initial approach of the home officer Beal heads toward the right side of the property, as he approached the side of the mobile home he stepped towards the rear corner of the home and looked around the corner while shining his flashlight through the backyard. The deputy then proceeds to step up onto the hitch of the mobile home in order to gain view into a private bedroom through the top portion of the window through a small opening of the interior curtain. The location of the window is on the side of the mobile home clearly separate from the front entry of the home. This portion of the event took place prior to the announcement of law enforcement presence on the property. Neither of the officers did possess any warrant, specifically a search warrant, at that time. There was one additional occupant within the home whose personal preference is to not be associated with this matter.

Attachment #2

Section 5 - Relief

On the night of March 8th 2023 deputy Bill entered into my home located at 116 Bingham Road Shelby North carolina. He did not obtain my consent nor did he possess any warrant whatsoever . The probable cause that would justify such entry into and search of the home would be based upon illegal actions considering any probable cause to enter the home would be a direct result of illegal observations obtained through unlawful surveillance. Therefore, such justification for entry into the home would be a fruit of a poisonous tree. The legal observations obtained through unlawful surveillance resulted in a felony criminal charge. That matter has now been dismissed due to issues such as those mentioned prior as well as multiple procedural errors. All of the cost listed were a direct result of that insufficient criminal matter for which I am seeking

reimbursement. A majority of the funds used to cover such cost were borrowed from multiple different family members and close friends. Therefore, that issue, being the result of my fourth amendmet rights, has now left me in debt. Also, it forced me to exhaust all of my resources that I would have available in the event that some extraordinary, costly situation did arise.

$1,000 paid to Faith Bail bonds located in Shelby North Carolina on or around March 9th 2023. Approximately $635 paid in rides to and from the courthouse between the months of March 2023 and January 2025. Estimate of $480 paid for childcare in order to attend those Court hearings. Around $437 spent for educational publications, standard office supplies and technology; such as printers and printing materials, and software which were essential to the preparation of a proper defense as well as the adequate preparation of the complaint. Totaling $2,552.